FILED

UNITED STATES COURT OF APPEALS

JUL 14 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRICE YINGLING, DBA Alamo Autosports and ANDY SCOTT,<br><br>    Plaintiffs - Appellees,<br><br>JOSEPH BALLA,<br><br>    Objector - Appellant,<br><br> v.<br><br>EBAY, INC.,<br><br>    Defendant - Appellee. | No. 11-16033<br><br>D.C. No. 5:09-cv-01733-JW<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

  Appellant's motion for an extension of time to file the opening brief is granted. The opening brief is due August 12, 2011. The answering brief is due September 12, 2011. The optional reply brief is due within 14 days after service of the answering brief.

  This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b).

Lking/7.11.11/lkk/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court


Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

Lking/7.11.11/lkk/Pro Mo